

# CARRILLO LAW FIRM, P.C.

RAÚL A. CARRILLO, JR.
raul@carrillolaw.org

STEVEN L. LOVETT
slovett@carrillolaw.org
(Also licensed in Texas)

KAREN E. WOOTTON
karen@carrillolaw.org

DANIEL D. JAMES
daniel@carrillolaw.org

YOSEF W. ABRAHAM
yosef@carrillolaw.org

May 8, 2015

VIA EMAIL: ctebo@hatchertebo.com
Christopher J. Tebo
Hatcher & Tebo, P.A.
150 Washington Street, Suite 204
Santa Fe, NM 87501

**RE: Parker & Zimmerman v. Lithia Motors, Inc., et al., Cause No.: 2:13-CV-01182 RB/GBW; review of deal files & Court order on RFP No. 12**

Dear Mr. Tebo:

This letter is sent to you as a follow-up to the telephone conference from the afternoon of May 7, 2015. between you, Mr. Carrillo, and myself. As you know, the Court has ordered that review of the deal files be had for those deals made between the time of Mr. Zimmerman's hire and the date of his separation from employment. We discussed that review would be had this **Sunday, May 10, 2015.** We will begin the review at Lithia Dodge of Las Cruces, located at 860 N. Telshor Blvd., Las Cruces, New Mexico, **at 9:00 a.m., and will cease review by 5:00 p.m.,** reserving our right to further review should this time prove inadequate for a full and complete review.

We also remind you that the Court, with regard to our RFP No. 12,[1] has ordered the production "of one complete deal file for a deal completed by Plaintiff Parker and one complete deal file for a deal completed by Plaintiff Zimmerman." Doc. 65. More than a month has elapsed since the Court entered this Order. Copies of those deal files should be delivered to me **on the morning of May 10**.

Also with regard to RFP No. 12, the Court ordered Defendants to (1) "update their Excel spreadsheet to include the identity of the salesman who completed each sale within the requested time period" and (2) "to provide a copy of the breakdown of costs for each deal file from this time period." We have not received this Court ordered supplementation and ask that your clients **supplement immediately**, emphasizing that this information (especially the updated Excel spreadsheet) will facilitate this Sunday's deal file review.

My clients and I look forward to an efficient deal file review on Sunday and to promptly working "on drafting a stipulated confidentiality order [thereafter] that would cover any

---

[1] A copy of RFP No. 12 is attached for your convenience.

Mailing Address: P.O. Box 457, Las Cruces, NM, 88004.
Physical Address: 1001 E. Lohman Avenue, Las Cruces, NM, 88001
Telephone (575) 647-3200  Fax (575) 647-1463



EXHIBIT 1

Christopher J. Tebo, Esq.
May 8, 2015
Page 2

sensitive information" which may be contained within those copies of deal files which we request as a result of this Sunday's review. Doc. 65.

                              Sincerely,

                              CARRILLO LAW FIRM, P.C.

                              Yosef W. Abraham
                              Enclosure

cc: Julie Ziemendorf (juliez@hatchertebo.com)
    Raúl A. Carrillo, Jr. (via email)

EXHIBIT 1, p.2

REQUEST FOR PRODUCTION NO. 12: Produce a copy of all sales at Lithia Dodge of Las Cruces after November 26, 2012, up to the time of Plaintiff Zimmerman's termination of employment.

RESPONSE:

