# Yosef Abraham

**From:** Yosef Abraham
**Sent:** Friday, May 08, 2015 12:14 PM
**To:** Raul Carrillo; Christopher Tebo
**Cc:** Elisa Romero; Julie Ziemendorf
**Subject:** RE: ZImmerman, et al. v. Lithia, et al.  Cause No.:  2:13-CV--01182-RB/GBW

Hello, Chris:

I am also confirming I will see you Sunday at 1:00 p.m. I hope, when you arrive on Sunday, you have with you the documents we described in our letters from earlier today.

Best regards,

Yosef Abraham
**CARRILLO LAW FIRM, P.C.**
P.O. Box 457, Las Cruces, NM 88004
1001 E. Lohman Ave., Las Cruces, NM 88001
(575) 647-3200 Telephone
(575) 647-1463 Facsimile
Yosef@carrillolaw.org
www.carrillolawpc.com

**NOTICE:**
*THIS COMMUNICATION IS INTENDED FOR THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED INFORMATION THAT IS CONFIDENTIAL UNDER APPLICABLE LAW. If you are not the intended recipient, or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use this information. Thank you.*

---

**From:** Raul Carrillo
**Sent:** Friday, May 08, 2015 12:05 PM
**To:** Christopher Tebo
**Cc:** Yosef Abraham; Elisa Romero; Julie Ziemendorf
**Subject:** FW: ZImmerman, et al. v. Lithia, et al. Cause No.: 2:13-CV--01182-RB/GBW

Please see my responses in red

Thanks.

---

**From:** Christopher Tebo [mailto:ctebo@hatchertebo.com]
**Sent:** Friday, May 08, 2015 11:39 AM
**To:** Raul Carrillo
**Cc:** Yosef Abraham; Julie Ziemendorf
**Subject:** RE: ZImmerman, et al. v. Lithia, et al. Cause No.: 2:13-CV--01182-RB/GBW

Dear Raul,

Obviously, it looks as if we disagree on what we agreed to during our telephone call yesterday.



EXHIBIT 3

Notwithstanding the three letters your office sent me this morning, I think the first thing that needs to be done is to nail down the timing of your document review on Sunday, which we have already agreed will in fact occur. The Court's order specifies that the "time and location will be agreed upon between the parties".

You propose the entire day on Sunday but that will not work with my previously arranged travel schedule from Santa Fe to Las Cruces, (or frankly, my prior family commitments on Mother's Day). If you had given me more than two days notice that you wanted to review those documents this weekend, I could have made alternative travel arrangements and perhaps been in LC earlier on Sunday. That said, I am willing to change my plans (and spend less time with my family this weekend) just in order to get down to Las Cruces in time for you to begin your review at 1 p.m. ==This is acceptable and we are planning on being there at 1:00 p.m.==

Second, we will not agree to reschedule the previously noticed depositions of the individual defendants which are currently set for June 1, 2, and 3. Nor will we agree to have the depositions of Mr. Richardson or Ms. Rooper set for an earlier time period than what we discussed yesterday, either June 2 or 3, or June 8 or 9. You also need to tell us which deponent you will take first, Richardson or Rooper. ==Rooper first.== This is not an unreasonable request and we have now asked twice for clarification as to which deponent you want first; they need to book their individual travel and need this information.

Finally, I believe we can deal with this disagreement between ourselves and don't believe we need a conference with the Judge to deal with what appear to be logistical issues. In any event, I tried to call you about an hour ago at your office to talk about these very issues, and neither you nor Yosef were available to talk. Unfortunately, I am not available after 12:30 p.m. this afternoon given a previously scheduled commitment.

I will have limited access to email between now and Sunday morning. The dealership, however, is on notice to have the files ready to review beginning on Sunday at 1 p.m.

Please let me know by email if in fact you intend to review the 2012 deal files on Sunday at 1 p.m. at the dealership. ==We do intend to do so.==

Regards,
Chris

---

CHRISTOPHER J. TEBO
Hatcher & Tebo, P.A.
150 Washington Street, Suite 204, Santa Fe, NM 87501
505-983-6525 | 505-983-6524 (fax)
www.hatchertebo.com

---

**From:** Raul Carrillo [mailto:raul@carrillolaw.org]
**Sent:** Friday, May 08, 2015 11:02 AM
**To:** Pamela Collins; Yosef Abraham
**Cc:** Christopher Tebo; Julie Ziemendorf
**Subject:** RE: ZImmerman, et al. v. Lithia, et al. Cause No.: 2:13-CV--01182-RB/GBW

EXHIBIT 3, p.2

The content of this letter is completely incorrect – as I indicated to Mr. Tebo last night, we have drafted a letter to him this morning in which we document what we believe to be correct. We need to schedule a call for today to iron this out, or, need to have a conference with the Judge. What time are you available to talk Chris?

**From:** Pamela Collins [mailto:pamelac@hatchertebo.com]
**Sent:** Friday, May 08, 2015 10:56 AM
**To:** Raul Carrillo; Yosef Abraham
**Cc:** Christopher Tebo; Julie Ziemendorf
**Subject:** ZImmerman, et al. v. Lithia, et al. Cause No.: 2:13-CV--01182-RB/GBW

Attached is correspondence dated 5-08-15 regarding the above-referenced matter.

Pamela Collins
Legal Assistant
Hatcher & Tebo, P.A.
150 Washington Ave., Ste 204
Santa Fe, NM 87501
(505) 983-6525



EXHIBIT 3, p.3