# Yosef Abraham

**From:** Yosef Abraham
**Sent:** Monday, May 18, 2015 8:12 AM
**To:** Christopher Tebo
**Cc:** Julie Ziemendorf; Raul Carrillo; Elisa Romero
**Subject:** RE: Lithia: depositions of corporate representatives & continued deal file review

Good morning, Chris:

Please block June 9 and 10 for depositions; we will want to depose Ms. Rooper on the June 9. Please expect notices to issue in the near future, but understand nothing is set in stone until the depositions are noticed.

We will want to review deal files before Ms. Rooper's deposition. I will touch base with Mr. Zimmerman and follow up with you as soon as I can.

Best regards,

Yosef Abraham
**CARRILLO LAW FIRM, P.C.**
P.O. Box 457, Las Cruces, NM 88004
1001 E. Lohman Ave., Las Cruces, NM 88001
(575) 647-3200 Telephone
(575) 647-1463 Facsimile
Yosef@carrillolaw.org
www.carrillolawpc.com

**NOTICE:**
*THIS COMMUNICATION IS INTENDED FOR THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED INFORMATION THAT IS CONFIDENTIAL UNDER APPLICABLE LAW. If you are not the intended recipient, or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use this information. Thank you.*

**From:** Christopher Tebo [mailto:ctebo@hatchertebo.com]
**Sent:** Sunday, May 17, 2015 3:16 PM
**To:** Yosef Abraham
**Cc:** Julie Ziemendorf; Raul Carrillo; Elisa Romero
**Subject:** RE: Lithia: depositions of corporate representatives & continued deal file review

Dear Yosef,

Thank you for your message and for the clarification on the 30b6 deposition timing.

I have confirmed that Ms. Rooper has a long-scheduled family event happening on Sunday June 7; this event will prevent her from traveling to Las Cruces on that day (there are no late night flights out of Medford that can get her to LC for a Monday morning deposition). This means she will not be able to be able to sit for a deposition on the 8th (Monday) but she is available on Tuesday (the 9th). Mr. Richardson on the other hand, is available to travel to LC on Sunday in order to sit for his deposition Monday morning.

EXHIBIT 6

I understand, however, from an email that Raul sent me on Friday, May 8, that Plaintiffs want to take Ms. Rooper's deposition first and your email reiterates this. Her Sunday obligation gets in the way of doing so if the 8th and 9th are the only two days proposed.

To this end, please consider one of the following options:

1 – Take Ms. Rooper's deposition after Mr. Richardson (i.e., Gary on the 8th, Laurie on the 9th), OR

2 – Shift the timing by one day, so that instead of doing them on the 8th and 9th, do them on the 9th and 10th with Laurie on the 9th and Gary on the 10th. I have a deposition already set in Roswell for the 10th, but I can have someone cover that (or reschedule it if necessary).

Please let me know how you prefer to proceed, given the above.

On the document review – I can arrange to be in LC on Sunday June 7th if you want to review them on that day prior to the 30(b)(6) depositions. We can start at 10 am and if you need to, go through closing until 6 pm. If, however, you want to keep your 8th and 9th dates available for the depositions (recognizing Ms. Rooper can't appear until the 9th), and you prefer to use the 10th as the day to review documents, I have similar flexibility on my Roswell depositions and we can do that as an alternative to the 7th. I would note for consideration and planning that Sunday has much less foot traffic (employee and customer) which might make for a better day to review documents.

But your call. Please just let me know one way or the other so I can plan accordingly.

Regards,
Chris

---

CHRISTOPHER J. TEBO
Hatcher & Tebo, P.A.
150 Washington Street, Suite 204, Santa Fe, NM 87501
505-983-6525 | 505-983-6524 (fax)
www.hatchertebo.com

---

**From:** Yosef Abraham [mailto:Yosef@carrillolaw.org]
**Sent:** Saturday, May 16, 2015 1:39 PM
**To:** Christopher Tebo
**Cc:** Julie Ziemendorf; Raul Carrillo; Elisa Romero
**Subject:** Lithia: depositions of corporate representatives & continued deal file review

Dear Mr. Tebo:

We have blocked off June 8 and 9 for the depositions of Ms. Rooper and Mr. Richardson, respectively, and ask that you please do the same. Please keep in mind that continued review of deal files may be convenient for Mr. Zimmerman on June 7 and/or 10.

Best regards,

Yosef Abraham
**CARRILLO LAW FIRM, P.C.**
P.O. Box 457, Las Cruces, NM 88004
1001 E. Lohman Ave., Las Cruces, NM 88001
(575) 647-3200 Telephone
(575) 647-1463 Facsimile
Yosef@carrillolaw.org
www.carrillolawpc.com

**NOTICE:**
*THIS COMMUNICATION IS INTENDED FOR THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED INFORMATION THAT IS CONFIDENTIAL UNDER APPLICABLE LAW. If you are not the intended recipient, or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use this information. Thank you.*